# **EXHIBIT A**

| | NYSCEF | | **Document List** | |
|---|---|---|---|---|
| | Erie County Supreme Court | | **Index #  801035/2025** | Created on:02/26/2025 11:13 AM |

Case Caption:  **D'Youville College v. Hartford Fire Insurance Company**

Judge Name:

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS WITH NOTICE<br>Summons with Notice | Processed | 01/17/2025 | Berloth, C. |
| 2 | NOTICE OF APPEARANCE (PRE RJI)<br>Notice of Appearance of Gerald P. Dwyer, Jr. | Processed | 01/29/2025 | Dwyer, G. |
| 3 | SUMMONS + COMPLAINT  (FEE PREVIOUSLY PAID)<br>Index Fee paid see receipt #0006606802 | Processed | 02/20/2025 | Lyons, T. |