# EXHIBIT C

STATE OF NEW YORK
SUPREME COURT : COUNTY OF ERIE

---

| |
D'YOUVILLE COLLEGE a/k/a |
D'YOUVILLE UNIVERSITY, |
   320 Porter Ave. |
   Buffalo, NY 14201 |
| <u>SUMMONS WITH NOTICE</u>
                    Plaintiff, |
|
- v - |
| Index No. _____
HARTFORD FIRE INSURANCE COMPANY, |
   One Hartford Plaza |
   Hartford, CT 06155-0001 |
|
                    Defendant. |
| |

---

TO THE ABOVE NAMED DEFENDANT(S):

    PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED to appear in this action by serving a notice of appearance on the plaintiff(s) at the address set forth below, and to do so within 20 days after the service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the summons is not delivered personally to you within the State of New York.

    YOU ARE HEREBY NOTIFIED THAT should you fail to answer or appear, a judgment will be entered against you by default for the relief demanded below.

    Plaintiff designates the County of Erie as the place of trial because, *inter alia*, of the location of the Premises, wherein a substantial part of the events giving rise to the claims at issue occurred.

Dated:   Buffalo, New York
           January 17, 2025

                                  DUKE HOLZMAN PHOTIADIS & GRESENS LLP

                          By:   *s/ Christopher M. Berloth*
                                  Christopher M. Berloth, Esq.
                                *Attorneys for Plaintiff*
                                701 Seneca Street, Suite 750
                                Buffalo, New York 14210
                                Tel: (716) 855-1111
                                cberloth@dhpglaw.com

TO:      Hartford Fire Insurance Company
One Hartford Plaza
Hartford, CT 06155-0001

NOTICE: The nature of this action is for breach of contract seeking money damages as a result of Defendant Hartford Fire Insurance Company's ("Defendant") failure to honor the terms and conditions of the Insurance Policy under Policy number 01UUNFH8261 06/01/2022 - 06/01/2023 (the "Policy") and, specifically, for Defendant's failure to pay Plaintiff's claim in an amount to be determined at trial, not less than five million U.S. Dollars ($5,000,000.00), plus interest, under the Policy as a result of the insurance loss which occurred at the following property(ies) identified in the Policy:

    001 001 320 PORTER AVE. #330
    006 001 585-593 PROSPECT AVE
    019 001 591-605 NIAGARA ST

The relief sought is a money judgment set forth above; plus interest from the date of the loss; and the costs and disbursements in bringing this action, together with such other and further relief that the Court will deem just and proper.

PLEASE CONTACT THE ABOVE-MENTIONED LAW OFFICE UPON RECEIPT OF THIS SUMMONS

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE
-----------------------------------------------------------------x
D'YOUVILLE COLLEGE a/k/a D'YOUVILLE UNIVERSITY,
    320 Porter Ave.
    Buffalo, NY 14201

                      Plaintiff,

    -against-

HARTFORD FIRE INSURANCE COMPANY,
    One Hartford Plaza
    Hartford, CT 06155-0001

                      Defendant.
-----------------------------------------------------------------x

Index No.: 801035/2025

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Gerald P. Dwyer, Jr. hereby appears as counsel of record for Defendant Hartford Fire Insurance Company in connection with the above-captioned action. Please serve a copy of all notices, correspondence, orders, pleadings, and all other papers on the undersigned. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       January 29, 2025

ROBINSON & COLE LLP

By: _____
Gerald P. Dwyer, Jr.
One State Street
Hartford, Connecticut 06103
Telephone: 860-275-8200
Email: gdwyer@rc.com

*Attorney for Defendant Hartford Fire Insurance Company*

To: All Counsel of Record (*via* NYSCEF)